**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6779**

_____

UNITED STATES OF AMERICA,

         Plaintiff - Appellee,

   v.

ANTWAN RICARDO CONSTANT,

         Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:06-cr-00161-D-2)

_____

Submitted:  October 31, 2023               Decided:  November 3, 2023

_____

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Antwan Ricardo Constant, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwan Ricardo Constant appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) and for a sentence reduction under § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222. On appeal, Constant challenges only the denial of his motion for compassionate release. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). After reviewing the record, we conclude that the district court did not abuse its discretion in denying Constant's motion. *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard). Accordingly, we affirm the district court's judgment. *United States v. Constant*, No. 5:06-cr-00161-D-2 (E.D.N.C. July 21, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*